UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DA'JUAN HUDDLESTON,<br>Plaintiff,<br>v.<br>CDCR CALIFORNIA STATE PRISON, et al.,<br>Defendants. | No. 2:26-cv-01691-FMO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: September 2, 2026

/s/
FERNANDO M. OLGUIN
United States District Judge